ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
WAYNE MORDELLE,                  :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :           STIPULATION AND ORDER
MICHAL J. ASTRUE,                :           07 Civ. 8318 (CM)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - -x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 14, 2008 to and including March 14, 2008.  The reason for the request

is that the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated:  New York, New York
        December 17, 2007

        CENTER FOR DISABILITY ADVOCACY
        RIGHTS, ("CEDAR"), INC.
        Attorneys for Plaintiff

By: _____
    CHRISTOPHER J. BOWES, ESQ.
    100 Lafayette Street
    Suite 304
    New York, New York 10013
    Telephone No: (212) 979-0505

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

1- 14 -08