McMahon J  ☒ **ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
WAYNE MORDELLE,                   :
                                  :
                  Plaintiff,      :
                                  :
        - v. -                    :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :   07 Civ. 8318 (CM)
Commissioner of                   :
Social Security,                  :
                                  :
                  Defendant.      :
- - - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

for further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       January 17, 2008

                      CENTER FOR DISABILITY ADVOCACY
                      RIGHTS ("CEDAR"), INC.
                      ATTORNEYS FOR PLAINTIFF

By: _____
CHRISTOPHER J. BOWES, ESQ.
100 Lafayette Street, Suite 304
New York, New York 10013
Telephone No. (212) 979-0505

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
LESLIE A. RAMIREZ FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
United States District Judge

1-29-08